**JUDGE SWAIN**

UNITED STATES DISTRICT
SOUTHERN DISTRICT OF NEW YORK

**07 CV 2968**

---

BRONX EYE CARE OPTOMETRY, P.L.L.C.

        Plaintiff,

v.

LOGO OF THE AMERICAS AND PREMIERE VISION

        Defendants.

DOCKET NO:

ECF CASE

**Rule 7.1 Statement**



Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Logo of the Americas, Inc. (a private non-government party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held: Not applicable.

Dated: April 13, 2007

                      Martin P. Skolnick, Esq. (MS 4496)
                      5021 Industrial Road
                      Farmingdale, NJ 07727
                      Attorney for defendant, Logo of the Americas, Inc. d/b/a Premiere Vision,