UNITED STATES DISTRICT
SOUTHERN DISTRICT OF NEW YORK

---

BRONX EYE CARE OPTOMETRY, P.L.L.C.

                Plaintiff,

v.

LOGO OF THE AMERICAS AND PREMIERE VISION

                Defendants.

DOCKET NO: 07 CV 2968-LTS-JCF

ECF CASE

---

## CERTIFICATE OF SERVICE

I, Martin P. Skolnick, Esquire, attorney for Defendant Logo of the Americas, Inc. d/b/a Premiere Vision, certify that I am duly authorized to make this Certification and that on the 13th day of April, 2007, I did cause a true and correct copy of the Notice of Removal to be sent by certified mail return receipt requested to counsel addressed as follows:

                Richard Lynn, Esq.
                2075 Bartow Avenue
                Bronx, New York 10476
     Attorney for Plaintiff Bronx Eye Care Optometry, P.L.L.C.

I further certify that on the 13th day of April, 2007, the original of the Notice of Filing of Notice of Removal, and a copy of the Notice of Removal was sent for filing

with the Supreme Court of the State of New York, Bronx County by certified mail return receipt requested.

Dated: April 13, 2007

_____
Martin P. Skolnick, Esq. (MS 4496)
5021 Industrial Road
Farmingdale, NJ 07727
Attorney for defendant, Logo of the Americas, Inc. d/b/a Premiere Vision,