UNITED STATES DISTRICT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRONX EYE CARE OPTOMETRY, P.L.L.C.<br><br>    Plaintiff,<br><br>v.<br><br>LOGO OF THE AMERICAS AND PREMIERE VISION<br><br>    Defendants. | DOCKET NO: 07 CV 2968-LTS-JCF<br><br>ECF CASE |

## CERTIFICATE OF SERVICE

I, Martin P. Skolnick, Esquire, attorney for Defendant Logo of the Americas, Inc. d/b/a Premiere Vision ("Defendant"), certify that I am duly authorized to make this Certification and that on the 17th day of April, 2007, I did cause a true and correct copy of the Defendant's Answer to be sent by regular mail to counsel addressed as follows:

Richard Lynn, Esq.<br>
2075 Bartow Avenue<br>
Bronx, New York 10476<br>
Attorney for Plaintiff Bronx Eye Care Optometry, P.L.L.C.

I further certify that on the 17th day of April, 2007, Defendant's answer was filed electronically, and the original of the Defendant's Answer and a copy of the Defendant's was sent for filing with the Clerk of the Court for the Southern District of New York by regular Mail.

Dated: April 17, 2007               s/ Martin P. Skolnick
                                    Martin P. Skolnick, Esq. (MS 4496)
                                    5021 Industrial Road
                                    Farmingdale, NJ 07727
                                    Attorney for defendant, Logo of the Americas, Inc.