UNITED STATES DISTRICT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRONX EYE CARE OPTOMETRY, P.L.L.C.<br><br>Plaintiff,<br><br>v.<br><br>LOGO OF THE AMERICAS AND PREMIERE VISION<br><br>Defendants. | DOCKET NO: 07 CV 2968-LTS-JCF<br><br>ECF CASE |

## CERTIFICATE OF SERVICE

I, Martin P. Skolnick, Esquire, attorney for Defendant Logo of the Americas, Inc. d/b/a Premiere Vision ("Defendant"), certify that I am duly authorized to make this Certification and that on the 25th day of April, 2007, I did cause a true and correct copy of the Initial Conference Order to be sent by regular mail to counsel addressed as

follows:

                    Richard Lynn, Esq.
                    2075 Bartow Avenue
                  Bronx, New York 10476
Attorney for Plaintiff Bronx Eye Care Optometry, P.L.L.C.

Dated: April 25, 2007                s/ Martin P. Skolnick
                                              Martin P. Skolnick, Esq. (MS 4496)
                                              5021 Industrial Road
                                              Farmingdale, NJ 07727
                                              Attorney for defendant, Logo of the Americas, Inc.