UNITED STATES DISTRICT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRONX EYE CARE OPTOMETRY, P.L.L.C.<br><br>Plaintiff,<br><br>v.<br><br>LOGO OF THE AMERICAS AND PREMIERE VISION<br><br>Defendants. | DOCKET NO: 07 CV 2968-LTS-JCF<br><br>ECF CASE<br><br>**RESPONSES TO PARAGRAPH 3 OF THE INITIAL CONFERNCE ORDER** |

Defendant Logo of the Americas, Inc. d/b/a Premiere Vision (hereinafter "Premiere Vision" or "Defendant") improperly pleaded as Logo of the Americas and Premiere Vision by its attorney Martin P. Skolnick, Esq., in the above-entitled case, hereby provides responses to Paragraph 3 of the Initial Conference Order dated April 24, 2007 as follows:

3(a)    A full explanation if all defendants who had been served at the time of removal did not join in the notice of removal.

**Response**:    not applicable

3(b)    A full explanation if the notice of removal was dated more than thirty (30) days after the first defendant was served.

**Response**:    not applicable

2

3(c)    If the action has been removed on grounds of diversity of jurisdiction, a statement as to whether any of the defendants who had been served at the time of removal is a citizen of New York State.

Response:    None of the defendants who had been served at the time of removal are citizens of New York State.

3(d)    If the action has been removed on the grounds of diversity jurisdiction, the citizenship of all named plaintiffs and all named defendants (including citizenship of all members or partners in any non-corporate party), if such states of citizenship were not set forth in the notice of removal.

**Response**:    The action was removed on the grounds of diversity jurisdiction. The Plaintiff, Bronx Eye Care Optometry, P.L.L.C. is a New York corporation with a principal place of business located in the State of New York. The Defendant, Logo of the Americas, Inc., is a Delaware Corporation with a principal place of business located in the State of Florida.

Dated: April 30, 2007

s/ Martin P. Skolnick
Martin P. Skolnick, Esq. (MS 4496)
5021 Industrial Road
Farmingdale, NJ 07727
Attorney for defendant, Logo of the Americas, Inc.