```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 2 6 2007
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
BRONX EYE CARE OPTOMETRY, PLLC,

        Plaintiff,

-v-                                      No. 07 Civ. 2968 (LTS)(JCF)

LOGO OF THE AMERICAS, INC. d/b/a
PREMIERE VISION,                 CONSENT TO PROCEED
                                                 BEFORE A MAGISTRATE JUDGE

        Defendant.
------------------------------------------------------------x
LAURA TAYLOR SWAIN, District Judge:

        IT IS HEREBY STIPULATED by the undersigned:

        1.    All parties consent, pursuant to 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, that a United States Magistrate Judge conduct all further proceedings in this action, including any trial and entry of final judgment.

        2.    Any appeal from a judgment entered in this case will lie to the Court of Appeals for the Second Circuit as from any other judgment of the district court pursuant to 28 U.S.C. § 636(c)(3) and Fed. R. Civ. P. 73(c).

_____              _____
Richard Lynn, Esq.                                     Martin P. Skolnick, Esq.
Attorney for Plaintiff                                  Attorney for Defendant
2075 Bartow Avenue                                 5021 Industrial Road
Bronx, NY 10476                                        Farmingdale, NJ 07727

(Separately executed forms may be submitted. See Fed. R. Civ. P. 73(b)).

SO ORDERED:

Dated: New York, New York
         7/25/07

                                                       _____
                                                         LAURA TAYLOR SWAIN
                                                       United States District Judge

Magistrate _Francis_____ was assigned this case on _____ 200__.

                                                       _____
                                                        For: Clerk U.S.D.C. S.D.N.Y.