AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Bronx Eye Care Optometry, P.L.L.C

v.

Logo of the Americas, And Premiere Vision

**APPEARANCE**

Case Number: 07 Civ. 2968 (JCF)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Bronx Eye Care Optometry, P.L.L.C.

I certify that I am admitted to practice in this court.

August 1, 2007
Date

_[signature]_
Signature

Richard Lynn
Print Name                                    Bar Number

Bronx Eye Care, 2075 Bartow Ave.
Address

Bronx            New York           10475
City             State              Zip Code

201-981-2695     201-891-3982
Phone Number     Fax Number