```
UNITED STATES DISTRICT COURT                         (ECF)
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -:
BRONX EYE CARE OPTOMETRY, P.L.L.C., : 07 Civ. 2968 (JCF)
                                    :
                  Plaintiff,        :       O R D E R
                                    :
     - against -                    :
                                    :
LOGO OF THE AMERICAS AND PREMIERE   :
VISION,                             :
                  Defendants.       :
- - - - - - - - - - - - - - - - - -:
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/12/07

A pretrial conference having been held on September 12, 2007, it is hereby ORDERED as follows:

1. All discovery shall be completed by January 31, 2008.

2. The pretrial order shall be submitted by February 29, 2008 unless any dispositive motion is filed by that date. If such a motion is filed, the pretrial order shall be due thirty days after the motion is decided.

SO ORDERED.

*[signature: James C. Francis IV]*

JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

Dated:   New York, New York
         September 12, 2007

Copies mailed this date:

Richard W. Lynn, Esq.
2075 Bartow Avenue
Bronx, New York 10475

1

Martin Skovron, Esq.
5021 Industrial Road
Farmingdale, New Jersey 07727