UNITED STATES DISTRICT
SOUTHERN DISTRICT OF NEW YORK

---

BRONX EYE CARE OPTOMETRY, P.L.L.C.

           Plaintiff,

    v.

LOGO OF THE AMERICAS AND PREMIERE VISION

           Defendants.

---

DOCKET NO: 07 CV 2968-LTS-JCF

ECF CASE

STIPULATION OF DISMISSAL WITH PREJUDICE

    The matter in difference in the above-entitled action having been amicably adjusted by and between Plaintiff, Bronx Eye Care Optometry, P.L.L.C., and Defendant Logo of the Americas, Inc. d/b/a Premiere Vision improperly pleaded as Logo of the Americas and Premiere Vision. The Plaintiff agrees to dismiss this action without costs, with each party to bear its own attorney's fees, and with prejudice as between Plaintiff, Bronx Eye Care Optometry, P.L.L.C., and Defendant Logo of the Americas, Inc. d/b/a Premiere Vision improperly pleaded as Logo of the Americas and Premiere Vision.

By: _____ 10/25/07    By: _____ 11-7-07
RICHARD LYNN, ESQ. (dated)    MARTIN SKOLNICK, ESQ. (dated)
Counsel for Plaintiff,    Counsel for Defendant,
Bronx Eye Care Optometry,    Logo of the Americas, Inc.
P.L.L.C